UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,    CASE NO. 2:11-CR-97-FTM-36SPC
Vs.
ERIC BONITA, aka "Black"     CRIMINAL CASE
Et al
_____/

MOTION FOR COURT AUTHORIZATION FOR PAYMENT OF INVESTIGATIVE COSTS

COMES NOW, the defendant, ERIC BONITA, by and through his undersigned counsel and hereby moves this Court for an Order allowing advance payment of investigative costs in the amount of $1,600.00 and as grounds therefore will show:

1. The defendant is charged with: 1) Count One: a violation of Title 21 U.S. Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) in that at least by July of 2010 the defendant, along with others, knowingly conspired and agreed to manufacture, possess with intent to distribute, 28 grams or more of cocaine base, all in violation of Title 21, U.S. Code §846; and,

2. Count Eleven: a violation of Title 21 U.S. Code, Sections 841(a)(1) and 841(b)(1)(C) in that on or about September 27, 2011 in Lee County, Florida (Middle District of Florida) the defendant did knowingly and willfully distribute a detectible amount of cocaine base (crack cocaine).

2. Counsel desires to utilize the services of a private investigator named John J. Valenza, of The Bayside Associates, to assist him in defense of this matter. The defendant is indigent and such defendant will not, without the Court's granting of the within Motion, be able to employ such private investigator without Court Order. Further, the defendant is totally suspect of the federal system and the role he is alleged to have played in connection with the two charges above allegedly committed by him.

4. John J. Valenza is an investigator who charges $50.00 per hour and has advised counsel that he anticipates that his services will require 30-35 hours as an investigator assisting defense counsel in this case. There are numerous witnesses who must be interviewed, over 1,000 pages of discovery so far which must be viewed, subpoenas to be served, and meetings with the defendant at which I require the investigator's attendance. Further, counsel expects there to be a trial in this case lasting several days. The defendant's record is long enough and the charges serious enough that Mr. Valenza's assistance will be invaluable in addressing issues which have arisen in connection with these charges.

5. Counsel may utilize the services of an investigator at Court expense and incur up to $1,600 of investigative fees (at court expense) under Title 18 U.S.C. §3006(e)(3).

6. Mr. Valenza's services have been utilized by counsel in several cases and he is well known to the Court.

WHEREFORE, the defendant, ERIC BONITA, prays this Honorable Court Order the relief sought herein.

                                                                      Richard D. Lakeman, P.A.

By: *(signed)*
Richard D. Lakeman, Esq.
Trial counsel and attorney for defendant
FBN 0010995
P.O. Box 101580
Cape Coral, FL 33910
Tel. No. (239) 458-8190 or
        (239) 645-3544
Fax. No. (239) 458-8291
rdlakeman@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Jesus M. Casas**
Jesus.M.Casas@usdoj.gov,FTMDocket.Mailbox@usdoj.gov,Patricia.A.Francioni@usdoj.gov
- **Landon P. Miller**
Landonmiller@naplesdefenseattorney.com,Janetgreen@naplesdefenseattorney.com
- **John Dawson Mills**
jdmlaw@att.net
- **Neil Barry Potter**
neilbpotter@comcast.net
- **Russell K. Rosenthal**
russ_rosenthal@fd.org,barbara_schickler@fd.org,marleen_hewins@fd.org,John_Glenn@fd.org
- **Yolande G. Viacava**
Yolande.Viacava@usdoj.gov,Kelly.Lake@usdoj.gov,FTMDocket.Mailbox@usdoj.gov,autumn.pastula@usdoj.gov

    Richard D. Lakeman, P.A.

By: *[signature]*
Richard D. Lakeman, Esq.
Trial Counsel and Attorney for Defendant
FBN 0010995
P.O. Box 101580
Cape Coral, FL 33910
Tel. No. (239) 458-8190 or
       (239) 645-3544
Fax. No. (239) 458-8291
rdlakeman@gmail.com