UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:11-cr-97-FtM-99SPC

ERIC BONITA,
_____

**ORDER**

This matter comes before the Court on the Motion for Costs (Doc. #145) filed on February 23, 2012. The Defendant's Counsel moves the Court for the cost of purchasing computer equipment for discovery purposes. Counsel indicates that the electronic discovery is voluminous to the extent that hard drives must be purchased to store the significant amount of discovery materials including fixed video surveillance recordings. Co-Counsel have contacted several stores to obtain costs for the equipment and maintain it can be purchasse for under $400.00[1]

Pursuant to the Guidelines for Administering the CJA and Related Statutes, Authorization and Payment for Investigative, Expert, or Other Services, § 320.70.40, Counsel may acquire the approved items in conformance with the Guide to Judiciary Policy, Volume 7A, Chapter 3, § 320.70. Both the acquisition of the computer software and/or hardware and the procurement of litigation support services, should be submitted on Form CJA 21 (Authorization and Voucher for Expert and Other Services). Because this hardware and/or software are for the use of counsel appointed under

---

[1] At Best Buy, the most reasonably priced 1.5 terabyte (TB) internal SATA drive is one hundred and fifty dollars ($150.00), a 320 gigabyte (GB) internal SATA drive is one hundred and eighty two dollars ($182.00), and an external USB drive enclosure to connect the hard drives directly to the computer is twenty six dollars ($26.00).

the CJA and is being purchased with United States government funds, the approved items are and will remain the property of the United States. The items are to be used only in the course of the representation of the above named defendant[s]. Counsel must use due diligence and care to maintain the property in good condition.

Accordingly, it is now

**ORDERED:**

The Motion for Costs (Doc. #145) **is GRANTED.** The Court approves the acquisition of the following:

1) One (1) internal SATA hard drive with at least 1.5 Terabyte(TB)

2) One (1) internal SATA hard drive with at least 320 gigabytes (GB)

3) An external USB hard drive enclosure to connect the hard drive directly to computer.

The total expenditure shall not exceed $400.00.

**DONE AND ORDERED** at Fort Myers, Florida, this  5th  day of March, 2012

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record